# EXHIBIT C

# Clifford Chance

**By E-mail**
**Strictly Private and Confidential and For Addressee Only**

Cliff Cone                                                    __March 2026

                                                             Your ref:
                                                             Our ref:

Dear Cliff

Following your resignation from the Firm, the Executive Leadership Group has determined that paragraph 5.1.3 of Schedule 5 of the Partnership Agreement should apply. Accordingly, we have calculated the value of the units in excess of 280 Units in the prior 3 years that should be deducted from your Equity Remuneration this year, or recovered from you.

Your retirement date was 16 January 2026 and therefore the recovery would apply to 40 Units in FY24, 220 Units in FY25, and 121.56 Units in FY26 (pro-rated).

Paragraph 5.1.4 of Schedule 5 authorises the Firm to request that you repay the balance of the aggregate excess unit value, less the tax which the ELG determines to be or to have been paid by you. Based on a budgeted PPU of £9,600 for FY26 and provisional required tax reserve amounts, the total clawback sum is £3,442,796 (US$ 4,356,966).

Unless we receive payment beforehand, this gives notice that we will be setting off the amount to be clawed back, pursuant to paragraph 15 of Schedule 6 of the Partnership Agreement. The result is that the Firm will make no further distributions to you and we will recover the residual amount of £58,064 (US$59,171) from tax reserves we are holding, unless you wish to refund the Firm directly.

I am sure you understand why the ELG is applying paragraph 5.1.2. We have not had an instance where this provision has not been applied. Your unit allocations were made subject to the provisions of the Partnership Agreement.

**Clifford Chance LLP**
10 Upper Bank Street · London · E14 5JJ · DX 149120 Canary Wharf 3
Tel +442070061000 · Direct Dial +390280634544 · charles.adams@cliffordchance.com · cliffordchance.com

Clifford Chance LLP is a limited liability partnership registered in England and Wales under no. OC323571. The firm's registered office and principal place of business is at 10 Upper Bank Street, London E14 5JJ. The firm uses the word "partner" to refer to a member of Clifford Chance LLP or an employee or consultant with equivalent standing and qualifications. The firm is authorised and regulated by the Solicitors Regulation Authority under SRA number 447778.

# Clifford Chance

**Clifford Chance LLP**

I have attached details of the calculations we have used to determine the amounts referred to in this letter.

Yours sincerely


Charles Adams

Global Managing Partner

**Clifford Cone- Clawback Calculations :**

| Particulars | Ref. | FY23 | FY24 | FY25 | FY26 | Total | Remarks |
|---|---|---|---|---|---|---|---|
| Units | "A" | 280 | 320 | 500 | 450 | | |
| PPU ( £ ) | "B" | 8,034 | 8,490 | 8,801 | 9,600 | | |
| Exchange rate £ : US $: 3A | "C" | 1.29 | 1.27 | 1.25 | 1.29 | | |
| Annual Gross Remuneration | "D" | 2,249,520 | 2,716,800 | 4,400,500 | 4,320,000 | 11,437,300 | Forecast PPU used for FY26 |
| Threshhold - 280 Units | "E" | 280 | 280 | 280 | 280 | | As per PA |
| Units over 280 Units | "F"= "A"- " E" | - | 40 | 220 | 170 | | |
| First Day of FY | | | 1-May-23 | 1-May-24 | 1-May-25 | | |
| Last day of FY / Retirement date | | | 30-Apr-24 | 30-Apr-25 | 16-Jan-26 | | |
| No. of Days in FY | "G" | | 366 | 365 | 261 | | |
| Pro Rated (Units over 280 Units) | " H" = " G" / " 365" * "F" | | 40 | 220 | 121.56 | | |
| Profit Share to be Recovered (£) - Clawback | " I" = "H" * "B" | | £339,600 | £1,936,220 | £1,166,976 | £3,442,796 | |
| Profit Share to be Recovered (US$) - Clawba | "J" = "I" * "C" | | $431,292 | $2,420,275 | $1,505,399 | $4,356,966 | |

| Gross | FY25 | FY26 | Total |
|---|---|---|---|
| Clawback Adjustment (£) | £899,033 | £2,543,763 | £3,442,796 |
| Clawback Adjustment (US$) | $1,120,986 | $3,235,980 | $4,356,966 |

* Note : - Above mentioned clawback are the Gross amounts

| Net after Taxes | FY25 |
|---|---|
| Clawback Adjustment (£) | £458,507 |
| Clawback Adjustment (US$) | $571,703 |

**Clifford Cone- FY26 Profit share after Clawback**

| FY26 | | | |
|---|---|---|---|
| Particulars | | | Remarks |
| Exchange rate £ : US $: 1YA | 1.34 | | Estimated |
| Exchange rate £ : US $: 3A | 1.29 | | Estimated |
| First Day of FY | 1-May-25 | | |
| Last day of FY / Retirement date | 16-Jan-26 | | |
| No of days | 261 | | |
| Units | 450 | | |
| Pro rated Units | 322 | | |

| Particulars | | £ | US $ | Remarks |
|---|---|---|---|---|
| PPU | | 9,600 | | Forecast PPU used for FY26 |
| Gross Profit Share FY26 | | 3,089,096 | 3,984,934 | Based on 3YA elected |
| Add: CRP | | 136,612 | 183,061 | |
| Adjusted Gross Profit share FY26 | | 3,225,708 | 4,167,994 | |
| Less: Clawback - GROSS | | (2,543,763) | (3,235,980) | |
| Adjsuted Gross after Clawback | | 681,946 | 932,014 | |
| **Less : Deductions** | | | | |
| > Tax Reserves | 49.0% | (334,153) | (456,687) | Estimated |
| > Leavers Cushion | | (30,000) | (38,700) | Estimated |
| > Drawings Paid | | (156,977) | (202,500) | Drawings paid until Jan'26 |
| > Private Ledger | | (33,620) | (45,050) | Estimated |
| > Capital Loan Interest | | (136,612) | (183,061) | Estimated |
| > Non Tax Deductible Expenditure | 2.53% | (13,797) | (18,488) | Estimated |
| > Misc Deductions | | (34,851) | (46,700) | Estimated |
| Estimated Net Payable | | (58,064) | (59,171) | |

**Clifford Cone- FY25 Profit share after Clawback**

| | FY25 | | |
|---|---|---|---|
| Particulars | | | Remarks |
| Exchange rate £ : US $: 1YA | 1.28 | | Estimated |
| Exchange rate £ : US $: 3A | **1.25** | | Estimated |
| First Day of FY | 1-May-24 | | |
| Last day of FY / Retirement date | 30-Apr-25 | | |
| No of days | 365 | | |
| Units | 500 | | |
| Pro rated Units | 500 | | |

| Particulars | | £ | US $ | Remarks |
|---|---|---|---|---|
| PPU | | 8,801 | | Audited PPU - FY25 |
| Gross Profit Share FY26 | | 4,400,500 | 5,500,625 | Based on 3YA elected |
| Add: CRP | | 73,540 | 94,131 | |
| Adjusted Gross Profit share FY26 | | 4,474,040 | 5,594,756 | |
| Less: Clawback - GROSS | | | | |
| Adjsuted Gross after Clawback | | 4,474,040 | 5,594,756 | |
| **Less : Deductions** | | | | |
| > Tax Reserves | 49.0% | (2,192,280) | (2,741,431) | |
| > Leavers Cushion | | | | |
| > Drawings Paid | | (219,456) | (274,320) | |
| > Private Ledger | | (43,403) | (55,556) | |
| > Capital Loan Interest | | (73,540) | (94,131) | Estimated |
| > Non Tax Deductible Expenditure | 2.53% | (111,333) | (142,506) | |
| > Misc Deductions | | (63,619) | (84,000) | |
| > Clawback -Net | | (458,507) | (571,703) | |
| Estimated Net Payable | | 1,311,902 | 1,631,109 | |

| | | £ | US $ | |
|---|---|---|---|---|
| Jun'25 | Already paid | (458,507) | (571,703) | |
| Sep'25 | Already paid | (442,026) | (549,453) | |
| Dec'25 | Already paid | (411,370) | (509,953) | |
| Mar'26 | Payable | (0) | (0) | |

# Clifford Chance

**By E-mail**
**Strictly Private and Confidential and For Addressee Only**

Michael Sabin                                                    __March 2026

                                                                Your ref:
                                                                Our ref:


Dear Michael

Following your resignation from the Firm, the Executive Leadership Group has determined that paragraph 5.1.3 of Schedule 5 of the Partnership Agreement should apply. Accordingly, we have calculated the value of the units in excess of 280 Units in the prior 3 years that should be deducted from your Equity Remuneration this year, or recovered from you.

Your retirement date was 14 January 2026 and therefore the recovery would apply to 40 Units in FY24, 40 Units in FY25, and 42.58 Units in FY26 (pro-rated).

Paragraph 5.1.4 of Schedule 5 authorises the Firm to require that you repay the balance of the aggregate excess unit value, less the tax which the ELG determines to be or to have been paid by you. Based on a budgeted PPU of £9,600 for FY26 and provisional required tax reserve amounts, the total clawback sum is £1,100,408 (US$1,398,653).

Unless we receive payment beforehand, this gives notice that we will be setting off the amount to be clawed back, pursuant to paragraph 15 of Schedule 6 of the Partnership Agreement.

This leaves the sum of approximately £293,721 (US$382,181) payable to you in respect of your outstanding FY26 profit share entitlement. The precise amount will be determined following final PPU calculations. Amounts payable to you will be paid at the same time as Equity Partners receive their distributions.


**Clifford Chance LLP**
10 Upper Bank Street · London · E14 5JJ · DX 149120 Canary Wharf 3
Tel +442070061000 · Direct Dial +390280634544 · charles.adams@cliffordchance.com · cliffordchance.com
Clifford Chance LLP is a limited liability partnership registered in England and Wales under no. OC323571. The firm's registered office and principal place of business is at 10 Upper Bank Street, London E14 5JJ. The firm uses the word "partner" to refer to a member of Clifford Chance LLP or an employee or consultant with equivalent standing and qualifications. The firm is authorised and regulated by the Solicitors Regulation Authority under SRA number 447778.

# Clifford Chance

I am sure you understand why the ELG is applying paragraph 5.1.2. We have not had an instance where this provision has not been applied. Your unit allocations were made subject to the provisions of the Partnership Agreement.

I have attached details of the calculations we have used to determine the amounts referred to in this letter.

Yours sincerely


Charles Adams
Global Managing Partner

**Michael Sabin- Clawback Calculations :**

| Particulars | Ref. | FY23 | FY24 | FY25 | FY26 | Total | Remarks |
|---|---|---|---|---|---|---|---|
| Units | "A" | 240 | 320 | 320 | 340 | | |
| PPU ( £ ) | "B" | 8034 | 8,490 | 8,801 | 9,600 | | |
| Exchange rate £ : US $: 3A | "C" | 1.29 | 1.27 | 1.25 | 1.29 | | |
| Annual Gross Remuneration | "D" | 1,928,160 | 2,716,800 | 2,816,320 | 3,264,000 | 10,725,280 | Forecast PPU used for FY26 |
| Threshhold - 280 Units | "E" | 280 | 280 | 280 | 280 | | As per PA |
| Units over 280 Units | "F"= "A"- " E" | 0 | 40 | 40 | 60 | | |
| First Day of FY | | | 1-May-23 | 1-May-24 | 1-May-25 | | |
| Last day of FY / Retirement date | | | 30-Apr-24 | 30-Apr-25 | 14-Jan-26 | | |
| No. of Days in FY | "G" | | 366 | 365 | 259 | | |
| Pro Rated (Units over 280 Units) | " H" = " G" / " 365" * "F" | | 40 | 40 | 42.58 | | |
| Profit Share to be Recovered (£) - Clawback | " I" = "H" * "B" | | £339,600 | £352,040 | £408,768 | £1,100,408 | |
| Profit Share to be Recovered (US$) - Clawback | "J" = "I" * "C" | | $431,292 | $440,050 | $527,311 | $1,398,653 | |

| | FY25 | FY26 | Total |
|---|---|---|---|
| Clawback Adjustment (£) | | £1,100,408 | £1,100,408 |
| Clawback Adjustment (US$) | | | $1,398,653 |

**Michael Sabin- FY26 Profit share after Clawback**

| | FY26 | | |
|---|---|---|---|
| **Particulars** | | | **Remarks** |
| Exchange rate £ : US $: 1YA | 1.34 | | Estimated |
| Exchange rate £ : US $: 3A | 1.29 | | Estimated |
| First Day of FY | 1-May-25 | | |
| Last day of FY / Retirement date | 14-Jan-26 | | |
| No of days | 259 | | |
| Units | 340 | | |
| Pro rated Units | 241 | | |

| **Particulars** | | **£** | **US $** | **Remarks** |
|---|---|---|---|---|
| PPU | | 9,600 | | Forecast PPU used for FY26 |
| Gross Profit Share FY26 | | 2,316,099 | 2,987,767 | Based on 3YA elected |
| Add: CRP | | 95,879 | 128,478 | |
| Adjusted Gross Profit share FY26 | | 2,411,978 | 3,116,246 | |
| | | | | |
| Less: Clawback - GROSS | | (1,100,408) | (1,398,653) | |
| | | | | |
| Adjsuted Gross after Clawback | | 1,311,570 | 1,717,593 | |
| **Less : Deductions** | | | | |
| > Tax Reserves | 48.0% | (629,554) | (824,445) | Estimated |
| > Leavers Cushion | | (30,000) | (38,700) | Estimated |
| > Drawings Paid | | (156,977) | (202,500) | Drawings paid until Jan'26 |
| > Private Ledger | | (34,384) | (46,074) | Estimated |
| > Capital Loan Interest | | (95,879) | (128,478) | Estimated |
| > Non Tax Deductible Expenditure | 2.53% | (30,757) | (41,214) | Estimated |
| > Misc Deductions | | (40,299) | (54,000) | Estimated |
| | | | | |
| Estimated Net Payable | | 293,721 | 382,181 | |

**Michael Sabin- FY25 Profit share after Clawback**

| Particulars | | FY25 | | Remarks |
|---|---|---|---|---|
| Exchange rate £ : US $: 1YA | | 1.28 | | Estimated |
| Exchange rate £ : US $: 3A | | **1.25** | | Estimated |
| First Day of FY | | 1-May-24 | | |
| Last day of FY / Retirement date | | 30-Apr-25 | | |
| No of days | | 365 | | |
| Units | | 320 | | |
| Pro rated Units | | 320 | | |

| Particulars | | £ | US $ | Remarks |
|---|---|---|---|---|
| PPU | | 8,801 | | Audited PPU - FY25 |
| Gross Profit Share FY26 | | 2,816,320 | 3,520,400 | Based on 3YA elected |
| Add: CRP | | 57,837 | 74,031 | |
| Adjusted Gross Profit share FY26 | | 2,874,157 | 3,594,431 | |
| Less: Clawback - GROSS | | | | |
| Adjsuted Gross after Clawback | | 2,874,157 | 3,594,431 | |

| Less : Deductions | | | | |
|---|---|---|---|---|
| > Tax Reserves | 48.0% | (1,379,595) | (1,725,327) | |
| > Leavers Cushion | | | | |
| > Drawings Paid | | (219,456) | (274,320) | |
| > Private Ledger | | (44,463) | (56,912) | |
| > Capital Loan Interest | | (57,837) | (74,031) | Estimated |
| > Non Tax Deductible Expenditure | 2.53% | (71,253) | (91,204) | |
| > Misc Deductions | | (68,883) | (91,000) | |
| Estimated Net Payable | | 1,032,670 | 1,281,637 | |

| | | | | |
|---|---|---|---|---|
| Jun'25 | Already paid | (275,388) | (343,159) | |
| Sep'25 | Already paid | (256,314) | (317,409) | |
| Dec'25 | Already paid | (225,579) | (277,909) | |
| Mar'26 | Payable | (275,388) | (343,159) | |