# EXHIBIT D



| NEW YORK | | HANOI |
| LONDON | | HO CHI MINH CITY |
| SINGAPORE | | SHANGHAI |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | ATLANTA |
| CHICAGO | | BALTIMORE |
| WASHINGTON, DC | | WILMINGTON |
| SAN FRANCISCO | | MIAMI |
| SILICON VALLEY | LESLIE D. CORWIN | BOCA RATON |
| SAN DIEGO | DIRECT DIAL: +1 212 692 1047 | PITTSBURGH |
| LOS ANGELES | PERSONAL FAX: +1 212 879 8093 | NEWARK |
| BOSTON | *E-MAIL:* LDCorwin@duanemorris.com | LAS VEGAS |
| HOUSTON | | CHERRY HILL |
| DALLAS | *www.duanemorris.com* | LAKE TAHOE |
| FORT WORTH | | MYANMAR |
| AUSTIN | | |
| | | ALLIANCES IN MEXICO |

March 18, 2026

**<u>VIA EMAIL</u>**
*charles.adams@cliffordchance.com*

Charles Adams, Esq.
Global Managing Partner
Clifford Chance LLP
10 Upper Bank Street
London E14 5JJ

      Re:    Clifford Chance LLP (the "Firm") – Clawback Calculations

Dear Mr. Adams:

We have been retained to represent Clifford Cone, Michael Sabin, and Daniel Drabkin. We have reviewed your letters of March 9, 2026 to Messrs. Cone, Sabin, and Drabkin and the calculations of the amounts which the Firm contends it somehow has a right to clawback.

If you would be so kind as to contact me, or have your counsel do so, I would hope that we would be able to reach a resolution.

Very truly yours,

Leslie D. Corwin

LDC/ng

Cc:    Clifford Cone, Esq.
      Michael Sabin, Esq.
      Daniel Drabkin, Esq.
      Nic Hart, Esq.
      Matthew Caminiti, Esq.

DUANE MORRIS LLP

22 VANDERBILT

335 MADISON AVENUE, 23RD FLOOR   NEW YORK, NY 10017          PHONE: +1 212 692 1000   FAX: +1 212 692 1020
DM3\22499488.1-J6034/00001