ALLAN S. BLOOM
MELANIE M. SPEIGHT
PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
(212) 969-3880

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLIFFORD CONE AND MICHAEL SABIN,<br><br>Plaintiffs,<br><br>v.<br><br>CLIFFORD CHANCE LLP,<br><br>Defendant. | No. 1:26-CV-05508 (JHR)<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that, upon the accompanying memorandum of law, dated August 14, 2026, Defendant Clifford Chance LLP, by its attorneys, Proskauer Rose LLP, will move this Court, before the Honorable Jennifer H. Rearden, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an Order: (i) compelling Plaintiffs to arbitrate the sole claim in their Complaint (Dkt. # 1) and dismissing the Complaint; (ii) in the alternative, declining to exercise jurisdiction over Plaintiffs' declaratory judgment claim and dismissing the Complaint; and (iii) for such other and further relief as the Court may deem just and proper.

Dated: New York, New York
August 14, 2026

Respectfully submitted,

PROSKAUER ROSE, LLP

By: /s/ *Allan S. Bloom*

Allan S. Bloom
Melanie M. Speight
Eleven Times Square
New York, NY 10036
(212) 969-3880
abloom@proskauer.com
mspeight@proskauer.com